NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INTEX RECREATION CORP.,**
*Plaintiff-Appellee*

**v.**

**TEAM WORLDWIDE CORPORATION,**
*Defendant-Appellant*

---

2014-1450

---

Appeal from the United States District Court for the District of Columbia in No. 1:04-cv-01785-PLF, Judge Paul A. Friedman.

---

**JUDGMENT**

---

R. TREVOR CARTER, Faegre Baker Daniels LLP, Indianapolis, IN, argued for plaintiff-appellee. Also represented by ANDREW M. McCOY; TROY EDWIN GRABOW, EDWARD NAIDICH, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Washington, DC.

KURT LOUIS GLITZENSTEIN, Fish & Richardson P.C., Boston, MA, argued for defendant-appellant. Also represented by ANDREW KOPSIDAS, Washington, DC; JOHN A. DRAGSETH, Minneapolis, MN.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, TARANTO, and CHEN, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| February 5, 2015 | /s/ Daniel E. O'Toole |
|---|---|
| Date | Daniel E. O'Toole |
| | Clerk of Court |